**FAGENSON & PUGLISI, PLLC**
Attorneys At Law
450 Seventh Avenue-Suite 704
New York, New York 10123

| | | |
|---|---|---|
| **Lawrence M. Fagenson** | Tel: (212) 268-2128 | of Counsel |
| **Concetta Puglisi** | Fax: (212) 268-2127 | Steven Candela |
| **Novlette R. Kidd** | | Scott G. Cerbin |
| -------- | | Asaf A. German |
| **Linda V. Rampertab** | | |

September 23, 2020

The Honorable Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Raymond v. Arcadia Recovery Bureau, LLC, et al., Case No.:20-cv-05295-RA**

Dear Judge Abrams,

This office represents plaintiff in the captioned civil matter. This matter is on the Court's calendar for an initial pretrial conference on October 2, 2020. We write on behalf of both parties to request respectfully a 30-day adjournment of the conference and a concomitant extension of time for the filing of the joint letter and proposed case management plan.

The reason for the request is that plaintiff has amended the complaint to join a new defendant, Cornell University. Plaintiff expects to serve this defendant in the next few days. We believe it would be more productive if Cornell University were given the chance to participate in the conference and the preparation of the pre-conference materials. This is the first request for an adjournment and extension of time.

The Court's kind consideration of the foregoing is greatly appreciated.

Respectfully Submitted,
FAGENSON & PUGLISI, PLLC


By: /s/ Novlette R. Kidd
    NOVLETTE R. KIDD, ESQ.

Application granted.  The initial conference scheduled for October 2, 2020 is hereby adjourned to November 6, 2020 at 1:00 p.m.  The parties shall file their joint letter and proposed Case Management Plan and Scheduling Order no later than October 30, 2020.

SO ORDERED.

_____
Hon. Ronnie Abrams
9/24/2020