UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTHUR RAYMOND,<br><br>                              Plaintiff,<br><br>- against -<br><br>ARCADIA RECOVERY BUREAU, LLC and CORNELL UNIVERSITY also known as WEILL CORNELL MEDICAL COLLEGE,<br><br>                              Defendants. | No. 20-cv-5295-RA |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

On this day came for consideration the Motion of Mark Siegmund for Leave to Withdraw as Counsel for defendant Cornell University. Having considered the motion, the Court finds that it is hereby GRANTED.

Accordingly, it is ORDERED that Mark Siegmund is hereby withdrawn as counsel of record for defendant Cornell University and shall be removed from all future notices in this lawsuit.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J

Dated: New York, New York
          August 12, 2022